1069

No. 78–514.   ABNEY *v.* ABNEY.   Ct. App. Ind.   Certiorari denied.

No. 78–518.   NACIREMA OPERATING CO. ET AL. *v.* LYNN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 78–532.   CONSOLIDATION COAL CO. v. UNITED STATES;
No. 78–537.   ZITKO *v.* UNITED STATES; and
No. 78–697.   MARKS *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.   Reported below: 579 F. 2d 1011.

No. 78–538.   CRIPPEN v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 78–542.   TAMA MEAT PACKING CORP. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 8th Cir.   Certiorari denied.

No. 78–547.   BURTON *v.* UNITED STATES.   C. A. D. C. Cir.
Certiorari denied.

No. 78–548.   ARROYO ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 78–562.   MADONNA *v.* UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 78–569.   PATTON *v.* UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 78–577.   VALAND *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 3d Cir.   Certiorari denied.

No. 78–581.   CAHN *v.* JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE.   Ct. App. N. Y.   Certiorari denied.